BEFORE THE SECOND DIVISION, AUGUST 21, 1951

**No. 55829.**—Massabni Bros. & Saba *v.* United States, protest 151539–K (Los Angeles).

Opinion by FORD, J.   At the trial counsel for the plaintiff limited its claim to the merchandise described on the invoices as follows:

>94500E—72 x 126/22''—linen banquet sets
>9110—22'' linen napkins
>9810—72 x 144/22''—linen banquet sets
>9480—68 x 84/16''—linen banquet sets
>9600—68/104/16''—linen banquet sets

In accordance with stipulation of counsel that the items in question consist of table sets, such as banquet sets, etc., made in part of hand-made lace, containing no machine-made material or article provided for in paragraph 1529 (a), valued at not more than $50 per pound, and being more than 2 inches in width, the claim of the plaintiff was sustained.